UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WALKER,

        Plaintiff,

  v.

R.K. WONG et al,

        Defendant.

Case Number: CV10-00130 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Walker E-54121
San Quentin State Prison
2-N-89 Low
General Delivery
San Quentin, CA 94974

Dated: January 22, 2010

                Richard W. Wieking, Clerk

                By: Barbara Espinoza, Deputy Clerk